# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 2, 2010

139348 & (69)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ANTHONY RABY,
      Defendant-Appellant.

SC: 139348
COA: 278617
Wayne CC: 07-004190-01

_____/

    By order of December 9, 2009, this case was remanded to the Court of Appeals for reconsideration of the defendant's Confrontation Clause issue in light of *Melendez-Diaz v Massachusetts,* ___ US ___; 129 S Ct 2527; 174 L Ed 2d 314 (2009). On order of the Court, the Court of Appeals having issued an opinion on remand, the application for leave to appeal the March 31, 2009 judgment of the Court of Appeals is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

    KELLY, C.J., would hold this case in abeyance for *People v Lewis*, Docket No. 140704, in which, by order of June 30, 2010, we directed the State Appellate Defender Office to file a supplemental application for leave to appeal.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 2, 2010 _____

0629

_____
Clerk